UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-61426-CIV-COHN/SNOW

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

        Plaintiff,

v.

EDWARD DINO ARIOLI, SR., et al.,

        Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE ORDER AND RESCHEDULE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

**THIS CAUSE** is before the Court upon Plaintiff National Union Fire Insurance Company of Pittsburgh, PA's Motion to Set Aside June 1, 2007 Order, Reschedule Hearing on Motion for Preliminary Injunction, and Incorporated Memorandum of Law [DE 121]. The Court has considered the Motion, and is otherwise duly advised in the premises.

As Plaintiff notes in its Motion, the Court originally calendared a hearing on Plaintiff's Motion for Preliminary Injunction for September 28, 2006 [DE 6]. That hearing was subsequently continued, at the request of the parties, to October 19, 2006 [DE 20], then to November 2, 2006 [DE 28], and finally to November 14, 2006 [DE 33]. The hearing was ultimately removed from the Court's calendar in an Order dated November 14, 2007 following a motion of the parties. Upon Plaintiff's renewed Motion for Preliminary Injunction, the Court scheduled a hearing for June 8, 2007, which was subsequently cancelled due to Plaintiff's unavailability.

Plaintiff argues that Fed R. Civ. P. 65(a)(2) provides only that the Court may advance the trial date and consolidate the trial on the merits with the application for a preliminary injunction, and not that the preliminary injunction hearing be continued and consolidated with a later scheduled trial. However, this case is currently set for trial in early September 2007, less than two months away. The Court has set this matter for hearing on five separate dates since its initial filing in September 2006, and all five hearings have been continued or cancelled at the request of the parties. Because the delays in conducting a hearing on this Motion have been entirely at the request of the parties, and the trial of the case is now imminent, the Court need not advance the trial on the merits in order to justify consolidating it with the hearing on the application for a preliminary injunction. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Set Aside June 1, 2007 Order and Reschedule Hearing on Motion for Preliminary Injunction [DE 121] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 11th day of July, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record